UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP CHULA VISTA MEDICAL CENTER,<br><br>             Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,<br><br>             Defendant. | Civil No. 07cv1737-L(LSP)<br><br>**ORDER DENYING JOINT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

      The parties' Joint Motion for Extension of Time to Answer or Otherwise Respond to Complaint is **DENIED** for failure to give any reason for the request.  A showing of good cause is required by Federal Rule of Civil Procedure 6(b) and Civil Local Rule 12.1.

      **IT IS SO ORDERED**.


DATED: December 13, 2007

                                          M. James Lorenz<br>                                          United States District Court Judge

COPY TO:

HON. LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL